DANIEL RODRIGUEZ, ESQ., SBN 096625
MARSHALL SCOTT FONTES, ESQ. SBN 139567
CHARLES R. CHAPMAN, ESQ., SBN 15505
**RODRIGUEZ & ASSOCIATES,**
**A PROFESSIONAL LAW CORPORATION**
2020 EYE STREET
BAKERSFIELD, CA 93301
PHONE (661) 323-1400   FAX (661) 323-0132

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY DAHL,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MACK WIMBISH, DEPUTY D. ALBRO, DEPUTY J. TREVINO, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 1:06-CV-00146-TAG<br><br>**STIPULATION TO DISMISS DOE DEFENDANTS AND ORDER THEREON** |

COMES NOW Plaintiff BRADLEY DAHL and Defendants COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MACK WIMBISH, DEPUTY D. ALBRO and DEPUTY J. TREVINO, by and through their respective

counsel, and hereby stipulate as follows:

1. That the Court may enter an order dismissing DOE DEFENDANTS 1 through 100, inclusive, from plaintiff's Complaint on file herein.

Dated: June 5, 2006                                       RODRIGUEZ & ASSOCIATES

                                                          By:  /s/ Marshall S. Fontes
                                                               MARSHALL S. FONTES
                                                               Attorneys for Plaintiff,
                                                               BRADLEY DAHL

Dated: June 5, 2006                                       KERN COUNTY COUNSEL'S OFFICE

                                                          By:  /s/ Andrew C. Thomson
                                                               ANDREW C. THOMSON
                                                               Attorneys for Defendants, COUNTY
                                                               OF KERN, KERN COUNTY
                                                               SHERIFF'S DEPARTMENT,
                                                               DEPUTY ALBRO, DEPUTY
                                                               TREVINO, SHERIFF MACK
                                                               WIMBISH

## ORDER

Based upon the above stipulation, and good cause appearing therefore,

IT IS HEREBY ORDERED that DOES 1-100, inclusive are hereby dismissed from this action.

IT IS SO ORDERED.

DATED: June 9, 2006                                       _____
                                                          U.S. Magistrate Judge Theresa A. Goldner