**B.C. BARMANN, SR., COUNTY COUNSEL**
**COUNTY OF KERN, STATE OF CALIFORNIA**
By Andrew C. Thomson, Deputy (Bar # 149057)
County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805

**Attorney for Defendants, County of Kern,**
**Kern County Sheriff's Department,**
**Sheriff Mack Wimbish, Deputy D. Albro**
**and Deputy J. Trevino**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY DAHL,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MACK WIMBISH, DEPUTY D. ALBRO, DEPUTY J. TREVINO, and DOES 1 to 100, Inclusive,<br><br>        Defendants. | CASE NO. 1:06-CV-00146-TAG<br><br>**STIPULATION AMENDING SCHEDULING CONFERENCE ORDER; [PROPOSED] ORDER** |

The parties, by and through their respective attorneys of record, hereby stipulate and agree to amend the Scheduling Conference Order as follows:

| **Activity** | **Present Date** | **Proposed Date** |
|---|---|---|
| Expert Disclosure | January 26, 2007 | March 23, 2007 |
| Supplemental Expert Disclosure | February 16, 2007 | April 6, 2007 |
| Nonexpert Discovery Deadline | January 26, 2007 | March 23, 2007 |
| Expert Discovery Deadline | March 9, 2007 | May 18, 2007 |
| Non-Dispositive Motion Filing Deadline | March 16, 2007 | May 25, 2007 |

Stipulation Amending Scheduling Conference Order; [Proposed] Order

1

| | | | |
|---|---|---|---|
| 1 | Non-Dispositive Hearing Date | April 9, 2007 | June 25, 2007 |
| 2 | Dispositive Motion Filing Deadline | April 27, 2007 | July 6, 2007 |
| 3 | Dispositive Motion Hearing Date | June 4, 2007 | August 6, 2007 |
| 4 | Settlement Conference | December 4, 2006 9:00 a.m. Ctrm. 8 - LJO | February 8, 2007 9:00 a.m. Ctrm. 8 - LJO |
| 6 | Pretrial Conference | July 16, 2007 10:00 a.m. (TAG) | August 20, 2007 10:00 a.m. (TAG) |
| 8 | Jury Trial (7-8 days) | August 27, 2007 9:00 a.m. (TAG) | October 29, 2007 9:00 a.m. (TAG) |

The parties respectfully submit that the foregoing changes are necessary in order to permit the completion of non-expert and expert discovery. To date, the parties have not requested any continuances of the dates set forth in the Scheduling Conference Order and no such dates have been moved.

Dated: November 9, 2006         RODRIGUEZ AND ASSOCIATES

                                By    /s/ Marshall Scott Fontes
                                   Marshall Scott Fontes, Esq.
                                   Attorneys for Plaintiff, Bradley Dahl

Dated: November 10, 2006        B.C. BARMANN, SR., COUNTY COUNSEL

                                By    /s/ Andrew C. Thomson
                                   Andrew C. Thomson Deputy
                                   Attorney for defendants, County of Kern,
                                   Kern County Sheriff's Department,
                                   Sheriff Mack Wimbish, Deputy D. Albro
                                   and Deputy J. Trevino

**ORDER**

IT IS SO ORDERED.

Date: November ___, 2006        By
                                   Theresa A. Goldner
                                   United States Magistrate Judge

#144486.1

Stipulation Amending Scheduling Conference Order; [Proposed] Order

2