B.C. BARMANN, SR., COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By Andrew C. Thomson, Deputy (Bar # 149057)
County Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California  93301
Telephone:  (661) 868-3800
Facsimile:  (661) 868-3805

Attorney for Defendants, County of Kern,
Kern County Sheriff's Department,
Sheriff Mack Wimbish, Deputy D. Albro
and Deputy J. Trevino

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY DAHL,<br><br>             Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MACK WIMBISH, DEPUTY D. ALBRO, DEPUTY J. TREVINO, and DOES 1 to 100, Inclusive,<br><br>             Defendants. | CASE NO. 1:06-cv-00146-TAG<br><br>STIPULATION RE: DISMISSAL OF ENTIRE CASE INCLUDING DEFENDANTS COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, SHERIFF MACK WIMBISH, DEPUTY ALBRO AND DEPUTY TREVINO;<br>ORDER THEREON |

**IT IS HEREBY STIPULATED**, by and between the parties to this action through their designated counsel, that the above-captioned action be dismissed with prejudice in its entirety pursuant to FRCP 41(a)(1), including the dismissal of the complaint of Plaintiff, Bradley Dahl, against Defendants, County of Kern, Kern County Sheriff's Department, Sheriff Mack Wimbish, Deputy Albro and Deputy Trevino (collectively hereafter, "County Defendants").

IT IS FURTHER STIPULATED that the aforementioned dismissal is in consideration of a waiver of all costs by County Defendants, and that each party hereby agrees to bear his/her/its/their own costs and attorney's fees with respect to this litigation.

1

| | |
|---|---|
| Dated: March 30, 2007 | RODRIGUEZ AND ASSOCIATES |
| | By  /s/ Marshall Scott Fontes |
| | Marshall Scott Fontes, Esq. |
| | Attorneys for Plaintiff, Bradley Dahl |
| | |
| Dated: March 29, 2007 | B.C. BARMANN, SR., COUNTY COUNSEL |
| | By  /s/ Andrew C. Thomson |
| | Andrew C. Thomson, Deputy |
| | Attorneys for Defendants, County of Kern, Kern County Sheriff's Department, Sheriff Mack Wimbish, Deputy Albro, and Deputy Trevino |

## ORDER

Pursuant to Federal Rules of Civil Procedure 41(a)(1) and, in accordance with the stipulation, this case is DISMISSED with prejudice. The Clerk is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:  **April 13, 2007**              /s/ **Theresa A. Goldner**
                                        UNITED STATES MAGISTRATE JUDGE

Stipulation re: Dismissal; Proposed Order